895 A.2d 545

**In re Nomination Petition of Randolph BREWER, Candidate for Representative in the General Assembly from the 1st Legislative District.**

**Appeal of Randolph Brewer.**

**No. 6 WAP 2006.**

Supreme Court of Pennsylvania.

April 21, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21ST day of April, 2006, we **AFFIRM** the Order of the Commonwealth Court.